## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

Gerardo Ramos Santos
    v.
Ariel Rodríguez, et al

CASE NUMBER: 97-2404 (HL)



| MOTION | ORDER |
|---|---|
| **Date Filed:**    **Docket #**<br>[ ] Plffs  [ ] Defts  [ ] Other<br>Title: | In an order dated May 18, 1998, the Court ordered Plaintiff to submit an updated statement of his prison trust fund account or face dismissal of this case. *See* docket no. 5. To date, Plaintiff has failed to comply with this order. Because Plaintiff has failed to comply with the Court's order of May 18, 1998, this case is hereby dismissed. Judgment shall be entered accordingly. |

HECTOR M. LAFFITTE
Chief U.S. District Judge

July 31, 2000


