ENTERED ON DOCKET
8/1/00 PURSUANT
TO FRCP RULES 58 & 79a

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

Gerardo Ramos Santos
    v.
Ariel Rodríguez, et al

CASE NUMBER: 97-2404 (HL)

## JUDGMENT

The Court having entered an order on this same date, judgment is hereby entered dismissing this case.

July 31, 2000

HECTOR M. LAFFITTE
Chief U.S. District Judge


